**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 09-cv-01768-RPM-MEH**

**TIMOTHY GRAND,**

    **Plaintiff,**
**v.**

**PINNACLE FINANCIAL GROUP INCORPORATED, a Minnesota corporation,**

    **Defendant.**
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

Upon review of the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), [5], it is

ORDERED that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

DATED: August 25th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge